In the Matter of the Application of the CITY OF NEW YORK, Respondent, to Acquire Real Estate at Wantagh, in the Town of Hempstead, for Purposes of Water Supply.
EDWIN H. BROWN, Appellant.

*Matter of City of New York*, 158 App. Div. 222, affirmed.
(Argued March 3, 1914; decided March 17, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered July 25, 1913, which affirmed an order of Special Term confirming the report of commissioners in condemnation proceedings.

*Robert B. Bach* and *Theodore N. Ripsom* for appellant.

*Frank L. Polk*, Corporation Counsel (*John B. Shanahan* and *James D. Bell* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, HOGAN and MILLER, JJ.